## In the Matter of FROH HOMES, Inc., Bankrupt.

## Joseph H. GLEISCH, Appellant, v. David C. BENNETT, Trustee in Bankruptcy, Appellee.

### No. 49.

Circuit Court of Appeals, Second Circuit.

Nov. 5, 1934.

Walter B. Milkman, of Brooklyn, N. Y., for appellant.

David Haar, of New York City, for appellee.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Order affirmed.